# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUELIA WALKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RADNET, INC.,<br><br>　　　　Defendant. | Case No.  1:23-cv-00443-ADA-SAB<br><br>ORDER RE: STIPULATION TO EXTEND DEFENDANT RADNET, INC.'S DEADLINE TO RESPOND TO COMPLAINT<br><br>(ECF No. 7) |

　　　　Plaintiff initiated this action on March 23, 2023.  (ECF No. 1.)  An initial scheduling conference is currently set for July 18, 2023.  (ECF No. 3.)

　　　　On May 10, 2023, the parties filed a stipulated request to extend the deadline for Defendant Radnet, Inc. to respond to the complaint, up to and including June 14, 2023.  (ECF No. 7.)  The parties proffer Defendant recently hired outside counsel and seek the extension in order to further investigate the case and continue to actively pursue a settlement that will include all parties to this action.  The Court finds good cause exists to grant the extension.

///

///

///

///

1

1  Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS
2  HEREBY ORDERED that the deadline for Defendant Radnet, Inc. to file a response to the
3  complaint is extended to **June 14, 2023.**

IT IS SO ORDERED.

Dated:  **May 11, 2023**

_____
UNITED STATES MAGISTRATE JUDGE